AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BEVERLY GORDON, D.C. <br><br> *Plaintiff(s)* <br> v. <br> EQUI-TAPE, INC HOLDING nka EQUITECS and REBECCA HADDOCK <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-81308 E. Artau |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rebecca Haddock
807 County Highway 181 W
Defuniak Springs, FL 32433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Adam Wolek
Fox Rothschild LLP
777 South Flagler Dr. Suite 1700 West Tower
West Palm Beach, FL 33401
(561) 835-9602
awolek@foxrothschild.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 23, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Quinones
Deputy Clerk
U.S. District Courts